## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-469-M-01 |
| **JIMMIE L. GETER,** | : | VIOLATIONS: 18 U.S.C. § 1341 (Mail fraud) |
| | : | |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From on or about April 22, 2004, and continuing to on or about June 19, 2006, the defendant, Jimmie L. Geter, devised a scheme and artifice for obtaining money and property by means of false and fraudulent pretenses and representations, and knowingly caused said money and property to be sent, delivered, and moved by the United States Postal Service.

**(Mail Fraud Scheme/Artifice to Obtain Money or Property**, in violation of Title 18, United States Code, Section 1341)

JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610


BY: _____
EMILY A. MILLER
Assistant United States Attorney
Bar No. 462077
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, DC 20530
(202) 514-7533
Emily.Miller2@usdoj.gov